"O"

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

NOV -8 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINSTON FORNEY, | Case No. CV 09-8066-ABC (RNB) |
| Petitioner, | |
| vs. | ORDER GRANTING WRIT OF HABEAS CORPUS PURSUANT TO PARTIES' STIPULATION AND REMANDING TO STATE COURT FOR RESENTENCING |
| CALVIN C. REMINGTON, Acting Chief Probation Officer, | |
| Respondent. | |

On April 21, 2010, petitioner (through his appointed counsel) filed a First Amended Petition for Writ of Habeas Corpus by a Person in State Custody herein (Docket #11) in which petitioner challenged the sentence he received in Los Angeles County Superior Court Case No. YA071754 (Inglewood Division). Specifically, petitioner alleged that his sentence violated the Due Process Clause of the Fourteenth Amendment to the United States Constitution because it was enhanced based on a prior conviction that had been declared unconstitutional by the Honorable Thelton E. Henderson of the Northern District of California.

On June 24, 2010, respondent filed a Motion to Dismiss the First Amended Petition (Docket #19), to which petitioner filed opposition on July 19, 2010 (Docket #22). On July 23, 2010, the assigned Magistrate Judge issued a Report and Recommendation recommending that this Court deny respondent's Motion to Dismiss

(Docket #24), and on August 25, 2010, the Court adopted the Magistrate Judge's Findings, Conclusions and Recommendations (Docket #25).

On October 5, 2010, the assigned Magistrate Judge held a status conference regarding the First Amended Petition. At the conclusion of the status conference, the Magistrate Judge granted counsel for petitioner's request to have twenty-eight (28) days to meet and confer in an attempt to reach a stipulated resolution of this proceeding. On November 1, 2010, the parties filed a stipulation requesting that the Court grant the Writ of Habeas Corpus, and remand the case to the Los Angeles Superior Court, Inglewood Division, for re-sentencing.

Pursuant to the parties' stipulation, this Court finds that petitioner's sentence in Case No. YA071754 violated the Due Process Clause of the Fourteenth Amendment because it was based on a prior conviction that had previously been declared unconstitutional. See United States v. Tucker, 404 U.S. 443, 592, 92 S. Ct. 589, 30 L. Ed. 2d 592 (1972); Burgett v. Texas, 389 U.S. 109, 115, 88 S. Ct. 258, 19 L. Ed. 2d 319 (1967); Townsend v. Burke, 334 U.S. 736, 741, 68 S. Ct. 1252, 92 L. Ed. 2d 1690 (1948).

The Court therefore grants the Petition for Writ of Habeas Corpus and orders that petitioner be re-sentenced by the Los Angeles Superior Court, Inglewood Division, in Case No. YA071754.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 11/4/2010

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

Presented by:

Robert N. Block
United States Magistrate Judge

2