JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

NOV - 8 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINSTON FORNEY,<br><br>    Petitioner,<br><br>    vs.<br><br>CALVIN C. REMINGTON,<br>Acting Chief Probation Officer,<br><br>    Respondent. | Case No. CV 09-8066-ABC (RNB)<br><br>**JUDGMENT** |

In accordance with the Order Granting Writ of Habeas Corpus Pursuant to Parties' Stipulation and Remanding to State Court for Resentencing filed herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is granted and petitioner is to be re-sentenced by the Los Angeles Superior Court, Inglewood Division, in Case No. YA071754.

DATED: 11/4/2010

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE